[No. 7,262.—In Bank.]

## SAN FRANCISCO SAVINGS UNION *v.* C. S. ABBOTT ET AL.

ACTION TO FORECLOSE MORTGAGE—JURISDICTION OF SUPERIOR COURT— CONSTITUTIONAL LAW.

APPEAL from a judgment in the Superior Court of San Francisco. CARY, J.

The action was commenced in the Nineteenth District Court of the City and County of San Francisco, to foreclose a mortgage upon land in the County of Monterey, and transferred to the Superior Court of the same city and county as the successor of the former Court.

*Estee* and *Boalt,* for Appellant.

*H. C. Campbell,* for Respondent.

The COURT:

Upon the authority of *Gurnee* v. *Superior Court of the City and County of San Francisco,* 58 Cal. 88, judgment affirmed.